IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ABRAM ANTHONY SUMINSKI, a.k.a. "Mr. Sesame,"<br><br>　　　　　　Defendants. | 8:23MJ403<br><br>ORDER FOR DISMISSAL |

As requested in the government's motion (Filing No. 14) that the Complaint against ABRAM ANTHONY SUMINSKI, a.k.a. "Mr. Sesame," be dismissed without prejudice and pursuant to Federal Rule of Criminal Procedure 48(a),

IT IS ORDERED that the Motion to Dismiss the Complaint against ABRAM ANTHONY SUMINSKI, a.k.a. "Mr. Sesame," is granted.

Dated this 20th day of August, 2023.

BY THE COURT:

_____
MICHAEL D. NELSON
United States Magistrate Judge